EXHIBIT "B"

**BRESLIN AND BRESLIN, P.A.**
41 Main Street
Hackensack, New Jersey 07601
(201) 342-4014
Attorneys for Plaintiff

| | |
|---|---|
| STEPHEN J. COCHI, ESQ., TEMPORARY ADMINISTRATOR OF THE ESTATE OF FRED A. EGERTON, deceased,<br><br>                                        *Plaintiff,*<br><br>vs.<br><br>EDWIN CHATMAN, SERVICE TRUCKING, INC.,<br><br>                                        *Defendants.* | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: BERGEN COUNTY<br>DOCKET NO. BER-L-8285-17<br><br>**CIVIL ACTION**<br><br>SUMMONS |

The State of New Jersey, to the Above Named Defendant(s):

### PERSON-IN-CHARGE, SERVICE TRUCKING, INC.
### 2815 County Road 44, Eustis, FL 32726

The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, New Jersey 08625. A filing fee ($135.00 for Law Division cases or $135.00 for Chancery Division cases) payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford to pay an attorney, you may call the Legal Service office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Legal Referral Services. A list of these numbers is also provided.

DATED:            December 13, 2017

*Michelle M. Smith /s/*

Michelle M. Smith, Clerk
Superior Court of New Jersey

Law Offices
RESLIN AND BRESLIN, P.A.
41 Main Street
Hackensack, N.J. 07601

Name of defendant to be served:  See above
Address for service:  See above

## LEGAL SERVICES

| | |
|---|---|
| ATLANTIC COUNTY | (609) 348-4200 or (609) 465-3001 |
| BERGEN COUNTY | (201) 599-6193 or (201) 487-2166 |
| BURLINGTON COUNTY | (609) 261-1088 or (609) 964-4461 |
| CAMDEN COUNTY | (609) 964-1002 or (609) 964-1204 |
| CAPE MAY COUNTY | (609) 465-3001 |
| CUMBERLAND COUNTY | (609) 964-8251 or (609) 692-2400 |
| ESSEX COUNTY | (973) 672-6050 or (973) 622-1513 |
| GLOUCESTER COUNTY | (609) 964-4461 or (609) 848-5360 |
| HUDSON COUNTY | (201) 792-6363 |
| HUNTERDON COUNTY | (908) 782-7979 |
| MERCER COUNTY | (609) 695-6349 or (609) 392-5553 |
| MIDDLESEX COUNTY | (908) 249-7600 |
| MONMOUTH COUNTY | (732) 866-0020 or (732) 776-7733 |
| MORRIS COUNTY | (973) 285-6911 |
| OCEAN COUNTY | (732) 341-2727 |
| PASSAIC COUNTY | (973) 345-7171 |
| SALEM COUNTY | (609) 964-8251 or (609) 451-0003 |
| SOMERSET COUNTY | (908) 231-0840 |
| SUSSEX COUNTY | (201) 383-7400 |
| UNION COUNTY | (908) 354-4340 or (908) 527-4768 |
| WARREN COUNTY | (908) 475-2020 |

## LAWYERS REFERRAL

| | |
|---|---|
| ATLANTIC COUNTY | (609) 345-3444 |
| BERGEN COUNTY | (201) 488-0044 |
| BURLINGTON COUNTY | (609) 261-4862 |
| CAMDEN COUNTY | (609) 964-4520 |
| CAPE MAY COUNTY | (609) 463-0313 |
| ESSEX COUNTY | (973) 622-6207 |
| GLOUCESTER COUNTY | (609) 848-4589 |
| HUDSON COUNTY | (201) 798-2727 |
| HUNTERDON COUNTY | (908) 735-2611 |
| MERCER COUNTY | (609) 585-6200 |
| MIDDLESEX COUNTY | (732) 828-0053 |
| MONMOUTH COUNTY | (732) 431-5544 |
| MORRIS COUNTY | (973) 267-5882 |
| OCEAN COUNTY | (732) 240-3666 |
| PASSAIC COUNTY | (973) 278-9223 |
| SALEM COUNTY | (609) 678-8383 |
| SOMERSET COUNTY | (908) 685-2323 |
| UNION COUNTY | (908) 353-4715 |
| WARREN COUNTY | (973) 267-5882 |

E. Carter Corriston, Attorney I.D. #203981961
BRESLIN AND BRESLIN, P.A.
41 Main Street
Hackensack, New Jersey 07601
(201) 342-4014
Attorneys for Plaintiff

| | |
|---|---|
| STEPHEN J. COCHI, ESQ., TEMPORARY ADMINISTRATOR OF THE ESTATE OF FRED A. EGERTON, deceased, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY DOCKET NO. |
| Plaintiff, | |
| vs. | CIVIL ACTION |
| EDWIN CHATMAN, SERVICE TRUCKING, INC. | COMPLAINT |
| Defendants, | |

Plaintiff, Stephen J. Cochi, Esq., Temporary Administrator of the Estate of Fred A.

Egerton, deceased., residing at 4302 Palisade Avenue, Union City, New Jersey 07087, by way of

Complaint against the Defendants says:

<u>FIRST COUNT</u>

1.     On or about February 12, 2017, the decedent, Fred A. Edgerton, was the owner

and operator of a motor vehicle which  was proceeding northbound on the New Jersey Turnpike,

Ridgefield Park, Bergen County, New Jersey.

2.      At the aforesaid time and place, Defendant, Edwin Chatman was the operator of a motor vehicle owned by Defendant, Service Trucking, Inc. which vehicle was proceeding northbound on the New Jersey Turnpike, Ridgefield Park, Bergen County, New Jersey

3.      At the aforesaid time and place, Defendant, Edwin Chatman, operated his motor vehicle in such a negligent and careless manner so as strike the vehicle operated by the deceased, Fred A. Egerton.

4.      As a result of the aforesaid carelessness and negligence of said Defendant, Edwin Chatman, Fred A. Egerton, sustained injuries which resulted in his death.

5.      Temporary Administrator, Stephen J. Cochi, Esq., was duly certified at the Temporary Administrator of the Estate of Fred A. Edgerton, by the Surrogate of Hudson County on October 12, 2017.

6.      At the time of said accident, the vehicle was owned by Defendant, Service Trucking, Inc. and was insured by Metropolitan Direct Property and Casualty Insurance Company.

7.   Defendant, Service Trucking, Inc., pursuant to the Laws of New Jersey, is liable pursuant to their insurance policy for any injuries caused by its vehicle.

8.   As a result of the aforesaid acts of carelessness and negligence of the Defendants, jointly or severally, the Plaintiff decedent was injured and sustained pain and suffering which resulted in his death.

WHEREFORE, Plaintiff, Stephen J. Cochi, Esq., Temporary Administrator of the Estate of Fred A. Egerton, demands judgment against the Defendants, Edwin Chatman and Service Trucking, Inc., jointly or severally for damages, costs of suit, attorneys fees and interest.

Law Offices
RESLIN AND BRESLIN, P.A.
41 Main Street
Hackensack, N.J. 07601

## SECOND COUNT

1.  Plaintiff repeats and makes a part hereof all the allegations of the First Count as if more specifically incorporated herein.

2.  The decedent, Fred A. Egerton, left surviving him certain persons who sustained pecuniary losses as a result of the demise of the decedent, Fred A. Egerton.

WHEREFORE, Plaintiff, Stephen J. Cochi, Esq., Temporary Administrator of the Estate of Fred A. Egerton, demands judgment against the Defendants, Edwin Chatman and Service Trucking, Inc., jointly or severally for damages, costs of suit, attorneys fees and interest.

BRESLIN AND BRESLIN, P.A.
Attorneys for Plaintiff

E. Carter Corriston

DATED:  December 5, 2017

## JURY DEMAND

PLEASE TAKE NOTICE that Plaintiff hereby demands a trial by jury on all issues so triable herein.

BRESLIN AND BRESLIN, P.A.
Attorneys for Plaintiff

E. Carter Corriston

DATED:  December 5, 2017

LAW OFFICES
RESLIN AND BRESLIN, P.A.
41 MAIN STREET
HACKENSACK, N.J. 07601

## CERTIFICATION

I hereby certify that the matter in controversy is not the subject of any other pending

action or arbitration proceeding nor is such action or arbitration presently contemplated.

BRESLIN AND BRESLIN, P.A.
Attorneys for Plaintiff

E. Carter Corriston

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, E. Carter Corriston, Jr., is hereby designated as trial counsel.

BRESLIN AND BRESLIN, P.A.
Attorneys for Plaintiffs

E. Carter Corriston

DATED:  December 5, 2017



E. Carter Corriston, Attorney I.D. #203981961
BRESLIN AND BRESLIN, P.A.
41 Main Street
Hackensack, New Jersey 07601
(201) 342-4014
Attorneys for Plaintiff

| | |
|---|---|
| STEPHEN J. COCHI, ESQ., TEMPORARY ADMINISTRATOR OF THE ESTATE OF FRED A. EGERTON, deceased, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY DOCKET NO. BER-L-8285-17 |
| Plaintiff, | |
| vs. | CIVIL ACTION |
| EDWIN CHATMAN, SERVICE TRUCKING, INC. | NOTICE OF MOTION TO FILE A TORT'S CLAIM ACTION PURSUANT TO N.J.S.A. 59:8-9 |
| Defendants, | |

To:   Attorney General - State of New Jersey
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, New Jersey 08625-0080

PLEASE TAKE NOTICE that on Friday, January 5, 2018, at 9:00 o'clock in the forenoon or as soon thereafter as Motions may be heard, the undersigned attorneys for the Plaintiffs shall make application to whatever Judge may be sitting and hearing Motions in the Superior Court of New Jersey, Law Division, Bergen County, at the Court House in Hackensack, pursuant to N.J.S.A. 59:8-9 for an Order to allow the Plaintiff to file a late Notice of Claim with the State of New Jersey,

Department of Transportation and New Jersey Turnpike Authority. Plaintiff's will rely upon the accompanying Affidavit.

PLEASE TAKE FURTHER NOTICE that the within application is made pursuant to R. 4:42-1(d) and the undersigned attorneys for Movant waive oral argument and request disposition of the Motion on the papers submitted unless opposition is filed.

BRESLIN AND BRESLIN, P.A.
Attorney for Plaintiffs

By: _____
E. Carter Corriston, Esq.

Dated: December 7, 2017

CERTIFICATION

I hereby certify that I have conferred, made letter request or as otherwise set forth in the attached Affidavit have made good faith effort to resolve this matter, but to no avail.

BRESLIN AND BRESLIN, P.A.
Attorney for Plaintiffs

By: _____
E. Carter Corriston, Esq.

Dated: December 7, 2017

## CERTIFICATION

I hereby certify that the original of the within Notice of Motion was forwarded to the Clerk, Bergen County Superior Court, Hackensack, New Jersey and a copy to my adversary.

BRESLIN AND BRESLIN, P.A.
Attorney(s) for Plaintiff(s)

BY: _____

E. Carter Corriston, Esq.

Dated: December 7, 2017

E. Carter Corriston, Attorney I.D. #203981961
BRESLIN AND BRESLIN, P.A.
41 Main Street
Hackensack, New Jersey  07601
(201) 342-4014
Attorneys for Plaintiff

| | |
|---|---|
| STEPHEN J. COCHI, ESQ., TEMPORARY ADMINISTRATOR OF THE ESTATE OF FRED A. EGERTON, deceased, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY DOCKET NO. BER-L-8285-17 |
| Plaintiff, | |
| vs. | CIVIL ACTION |
| EDWIN CHATMAN, SERVICE TRUCKING, INC. | ORDER |
| Defendants, | |

This matter having been brought before the Court on Friday, January 5, 2018, by Breslin and

Breslin, P.A., E. Carter Corriston, Esq., appearing therein as attorney for Plaintiffs, and it appearing

that Plaintiffs seeks an Order to allow the Plaintiff pursuant to N.J.S.A. 59:8-9 to file a late Notice

of Claim with the State of New Jersey,  Department of Transportation and New Jersey Turnpike

Authority; and the Court  having reviewed the moving papers and good cause having been shown;

IT IS on this              day of                           2018;

O R D E R E D that Plaintiff may file late Notice of Claim with the State of New Jersey

Department of Transportation and the New Jersey Turnpike Authority;  and

IT IS FURTHER O R D E R E D that a copy of this Order be served upon all counsel and

the Attorney General of the State of New Jersey  within seven (7) days of the signing of this Order.

_____
                                                    J.S.C.

Opposed        _____
Unopposed    _____

E. Carter Corriston, Attorney I.D. #203981961
BRESLIN AND BRESLIN, P.A.
41 Main Street
Hackensack, New Jersey 07601
(201) 342-4014
Attorneys for Plaintiff

| | |
|---|---|
| STEPHEN J. COCHI, ESQ., TEMPORARY ADMINISTRATOR OF THE ESTATE OF FRED A. EGERTON, deceased, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY DOCKET NO. BER-L-8285-17 |
| Plaintiff, | |
| vs. | CIVIL ACTION |
| EDWIN CHATMAN, SERVICE TRUCKING, INC. | AFFIDAVIT |
| Defendants, | |

I, Stephen J. Cochi, am an attorney at law of the State of New Jersey and have been appointed by the Superior Court of New Jersey, Chancery Division: Probate Part, Hudson County, bearing Docket No. 313919 on October 12, 2017 as Temporary Administrator of the Estate of Fred A. Egerton.  Letter of the Temporary Administration are attached as Exhibit A.

1.      The deceased Fred A. Egerton was killed in an automobile accident which occurred on February 12, 2017, while operating his vehicle on the New Jersey Turnpike in Ridgefield Park, Bergen County, New Jersey.

2.      There is a question in regard to the validity of a Will which he executed some time ago wh3en he was a resident in Lee County, North Carolina on February 27, 1998.

3.      At the time of the accident it is alleged that he was a resident of the State of New Jersey residing 95 Pamrapo Avenue, Jersey City, Hudson County, New Jersey.

4.      A caveat against the Will was filed and there is presently a matter pending in the Chancery Court challenging the validity of said caveat.

5.      As a result of these actions the Will is still open to probate and there has been no

determination made with regard to this matter.

6.     On October 12, 2017, I was appointed as Temporary Administrator of the Estate and I have been attempting to get a complete police report but have been unsuccessful.

7.     According to the description on the incomplete police report the decedent's vehicle struck a guardrail on the New Jersey Turnpike and then was struck by a vehicle operated by Edwin Chatman of Mount Dora, Florida. See attached Exhibit B.

8.     From information and belief the vehicle operated by decedent was caused to strike a guard rail as a result of snowy and icy conditions on the New Jersey Turnpike.

9.     The decedent is alleging that the New Jersey Turnpike Authority, Department of Transportation and/or the State of New Jersey was negligent in maintaining the roadway

10.     I have been in communication with the New Jersey State Police but they still have not yet given me a complete report because they say that the investigation is still open.

11.     No one was able to file a Notice of Claim on behalf of the decedent because of the probate action.

12.     Prior to my appointment such claim could not have been made since there was no representative of the Estate.

13.     This motion is being filed less than ninety (90) days after my appointment as Temporary Administrator. The State will not be prejudiced in this matter since the State Police investigated this matter and even they have not completed their report.

14.     In order to give proper notice pursuant to N,J,S,A, 59:8-7, I wish to file a late claim with the Attorney General in regard to said Statute alleging a wrongful act either by the State of New Jersey Department of Transportation or the New Jersey Turnpike Authority.

15.     I certify that all of the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment

Dated:    12/7/17                                                        _____
                                                                                          Stephen J. Cochi

Law Offices
BRESLIN AND BRESLIN, P.A.
41 Main Street
Hackensack, N.J. 07601

EXHIBIT A

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION: PROBATE PART
HUDSON COUNTY

IN THE MATTER OF THE ESTATE OF          DOCKET NO. 313919
FRED EGERTON
DECEASED

## LETTERS OF TEMPORARY ADMINISTRATION

I, JOSEPH J. RYGLICKI, SURROGATE AND DEPUTY CLERK OF THE SUPERIOR COURT OF NEW JERSEY, CHANCERY DIVISION: PROBATE PART, HUDSON COUNTY, DO CERTIFY THAT ON THE 12TH DAY OF OCTOBER, 2017, THE SUPERIOR COURT OF NEW JERSEY, CHANCERY DIVISION: PROBATE PART, HUDSON COUNTY (HON. MARYBETH ROGERS, J.S.C.), APPOINTED STEPHEN J. COCHI, ESQ., OF HUDSON COUNTY (UNION CITY), NEW JERSEY, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF FRED EGERTON, DECEASED, TO SERVE WITHOUT BOND; AND, THAT THE SAID TEMPORARY ADMINISTRATOR QUALIFIED ON OCTOBER 31, 2017, AND IS DULY AUTHORIZED TO ADMINISTER SAID ESTATE AGREEABLY ACCORDING TO LAW.

I FURTHER CERTIFY THAT SAID LETTERS HAVE NOT BEEN REVOKED AND ARE STILL IN FULL FORCE AND EFFECT.

WITNESS MY HAND AND SEAL OF OFFICE
THIS 1ST DAY OF NOVEMBER, IN THE YEAR OF
OUR LORD, TWO THOUSAND SEVENTEEN

_____
JOSEPH J. RYGLICKI - SURROGATE

_____
NANNETTE M. MATOS, ESQUIRE
SPECIAL PROBATE CLERK



Melanie R. Costantino (ID #004132008)
The Law Offices of Melanie R. Costantino
20 Court Street, 4th Floor
Hackensack, New Jersey 07601
(551) 655-1938
(551) 444-1150 (fax)
Attorney for Petitioner, Tunisia Harrison

FILED

OCT 1 2 2017

MARYBETH ROGERS, J.S.C.

| In the matter of | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: PROBATE PART HUDSON COUNTY DOCKET NO.: 313919 |
|---|---|
| THE ESTATE OF FRED ALBERT EGERTON, Deceased | *Civil Action* ORDER TO SHOW CAUSE AND APPOINTMENT OF TEMPORARY ADMINISTRATOR |

This matter having been opened to the Court by The Law Offices of Melanie R. Costantino, Esq., counsel for the Petitioner, Tunisia Harrison, seeking relief by way of a summary action based upon the facts set forth in the verified complaint filed herewith; and the Court having determined that this matter may be commenced by Order to Show Cause as a summary proceeding pursuant to R. 4:83-1 and for good cause shown.

IT IS on this ___12th___ day of ___October___, 2017, ORDERED that the parties in interest appear and show cause on ___the 9th day of November___, 2017, before the Superior Court, Chancery Division, Probate Part and the Hon. Marybeth Rogers, J.S.C. at the Brennan Courthouse, 583 Newark Avenue, 4th Floor, Jersey City,

attorney for the plaintiff at the address set forth above, a written answer, an answering affidavit a motion returnable on the date of this matter is scheduled to be heard, or other responses to this order to show cause and to the relief requested in the verified complaint no later than _eight (8)_ days before the hearing date. Filing shall be made with the Surrogate of Hudson County at the Brennan Courthouse at 583 Newark Avenue, Jersey City, New Jersey 07306. Such responding party in interest shall also file with such Surrogate by the foregoing date a proof of service upon the plaintiff.

3.   Any party in interest who fails to timely file and serve a response in the manner provided in paragraph 1 of this order to show cause shall be deemed in default, the matter may proceed to judgment without any further notice to or participation by such defaulting party in interest, and the judgment shall be binding upon such defaulting party in interest.

4.   Parties in interest hereby advised that a telephone call to plaintiff, to the plaintiff's attorney, to the Surrogate or to the Court will not protect your rights; you must file and serve your answer, answering affidavit, motion or other response with the filing fee required by statute. The check or money order for the filing fee shall be made payable to the Surrogate of the County where this matter is being heard. If you cannot afford an attorney, you may call the Legal Services Office in the county in which you live. A list of these offices is provided. If you do not have an attorney or are not eligible for free legal assistance through the Legal Services office (or such

all of which shall be certified thereon by plaintiff's attorney to be true copies, shall be served upon the parties in interest listed in paragraph of the verified complaint, by certified mail, return receipt requested (or by registered mail, return receipt requested with respect to any party in interest who resides outside the United States), and by regular mail upon the parties in interest listed in paragraph 5 of the verified complaint no later than ~~thirty (30)~~ days before the hearing date in accordance with R. 6:67-3, R. 4:4-3 and R. 4:4-4, this order to show cause being original process.

10.     The plaintiff shall file with the Surrogate of Hudson County, a proof of service of the documents required by paragraph 8 above to be served on the parties in interest no later than ~~eight (8)~~ days before the date this matter is scheduled to be heard.

11.     The Court will entertain argument, but not testimony, on the return date of the order to show cause, unless the court and parties are advised to the contrary on the return date.


_____
HON. MARYBETH ROGERS J.S.C.

EXHIBIT B

Page 1 of 3   ☒ Fatal   **New Jersey Police Crash Investigation Report**   ☒ Reportable   ☐ Non-Reportable   ☐ Change Report

| 1 Case Number | 10 Crash Occurred On: | NOTP SNX | Road Name | 11 Speed Limit | | 12 Route No. | Suffix | 13 Milepost | 18 Speed Limit |
|---|---|---|---|---|---|---|---|---|---|
| D030-2017-00429A | | | | N 5 5 | | 1 1 8 . 6 0 | | | |

2 Police Dept of   STATE POLICE   Code 02

3 Station/Precinct   NEWARK

☐ At Intersection with   ☐ Feet ☐N ☐E   ☐ Miles ☐S ☐W   of:

| 4 Date of Crash | 5 Day of Week | 6 Time (use 2400 hrs.) | 7 Municipality Code | 8 Total Killed | 9 Total Injured | 19 ☐ To: Ramp ☐ From: | 21 Latitude | 20 Route Name | 22 Longitude |
|---|---|---|---|---|---|---|---|---|---|
| mm dd yy | Su M Tu W Th F Sa | | | | | | | | |
| 0 2   1 2   1 7 | 1 7 5 1 | 0 2 5 0 | 0 2 | - - | 4 0 . 8 5 6 9 4 | - 7 4 . 0 2 1 9 4 | | | |

17 Cross Road Name

| | 23 Veh No | 24 Policy No. | | | 25 Ins Code | | | 53 Veh No | 54 Policy No. | | | 55 Ins Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | V1 | 21778045 | | | 99 | | | V2 | 00 | | | 992 | |

| ☐ Parked ☐ Ped ☐ Pedacyclist ☐ Resp to Emergency ☐ Hit & Run | 29 Sex | ☐ Parked ☐ Ped ☐ Pedacyclist ☐ Resp to Emergency ☐ Hit & Run | 59 Sex |
|---|---|---|---|

26 Driver's First Name   Initial   Last Name
FRED   EGERTON   M

56 Driver's First Name   Initial   Last Name
EDWIN   CHATHAN   M

27 Number & Street   95 PAMRAPO AVE

57 Number & Street   1051 NORTH HIGHLAND ST

| 28 City | State | Zip | 58 City | State | Zip |
|---|---|---|---|---|---|
| JERSEY CITY | NJ | 07305 | MOUNT DORA | FL | 32757 |

| 30 Eyes | DL Class | Restrictions | Endorsements | 31 State | 60 Eyes | DL Class | Restrictions | Endorsements | 61 State |
|---|---|---|---|---|---|---|---|---|---|
| 02 | A | - | - | NJ | 02 | CDL | - | TR | FL |

| 32 Driver's License Number | | | 33 DOB mm dd yy | 34 Expires mm yy | 62 Driver's License Number | 63 DOB mm dd yy | 64 Expires mm yy |
|---|---|---|---|---|---|---|---|
| E3076   26861   08522 | | | 08 15 52 | 01 21 | C355212762130 | 06 13 76 | 06 20 |

35 Owner's First Name   Initial   Last Name
☐ Same As Driver   FRED A EGERTON

65 Owner's First Name   Initial   Last Name
☐ Same As Driver   SERVICE TRUCKING INC

36 Number & Street   2527 BUFFALO CHURCH RD, APT. APT 1

66 Number & Street   PO POST OFFICE BOX NA, APT. 188

| 37 City | State | Zip | 67 City | State | Zip |
|---|---|---|---|---|---|
| SANFORD | NC | 27330 | EUSTIS | FL | 32727 |

| 38 Make | 39 Model | 40 Color | 41 Year | 42 Plate No. | 43 State | 68 Make | 69 Model | 70 Color | 71 Year | 72 Plate No. | 73 State |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NISS | ALTIMA | UNK | 2012 | BHB2569 | NC | FRHT | TT | RED | 2016 | F9441V | FL |

| 44 VIN | 45 Expires | 74 VIN | 75 Expires |
|---|---|---|---|
| 1N4AL2AP5CC188834 | 04 17 | 3HSDJSNR3GN201756 | 08 17 |

46 Vehicle Removed To   TUMINO'S AID # 126

76 Vehicle Removed To   TUMINO'S AID #127

| ☐ Driven ☐ Towed Disabled ☒ Towed Disabled & Impounded ☐ Left at Scene ☐ Towed Impounded | ☐ Driven ☐ Towed Disabled ☒ Towed Disabled & Impounded ☐ Left at Scene ☐ Towed Impounded |
|---|---|

| 47 Authority ☐ Owner ☐ Driver ☒ Police | 77 Authority ☐ Owner ☐ Driver ☒ Police |
|---|---|

| 48 Alcohol Drug Test Given: ☐ No ☒ Yes ☐ Refused | 49 Hazardous Material ☒ None ☐ On Board ☐ Spill | 78 Alcohol Drug Test Given: ☒ No ☐ Yes ☐ Refused | 79 Hazardous Material ☒ None ☐ On Board ☐ Spill |
|---|---|---|---|
| Type: ☐ Breath ☒ Blood ☒ Urine | | Type: ☐ Breath ☐ Blood ☐ Urine | |
| Results: 0.___ % ☒ Pending | Hazard Class   Placard No. | Results: 0.___ ☐ Pending | Hazard Class   Placard No. |

| 50 Carrier No. ☐ USDOT ☒ None ☐ MCBMX | 51 GVWR / GCVR (trucks & buses only) ☐ ≤ 10,000 lbs ☐ 10,001 - 26,000 lbs ☐ ≥ 26,001 lbs | 80 Carrier No. ☒ USDOT 184218 ☐ MCBMX ☐ None | 81 GVWR / GCVR (trucks & buses only) ☐ ≤ 10,000 lbs ☐ 10,001 - 26,000 lbs ☒ ≥ 26,001 lbs |
|---|---|---|---|

52 Motor Carrier or Government Entity

82 Motor Carrier or Government Entity   SERVICE TRUCKING

Number & Street

Number & Street   POST OFFICE BOX 188 NA

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| | | | EUSTIS | FL | 32727 |

135 Damage To Other Property

| Oper. | 136 Charge | 137 Summons No. | Oper. | 138 Charge | 139 Summons No. |
|---|---|---|---|---|---|
| Oper. | 140 Charge | 141 Summons No. | Oper. | 142 Charge | 143 Summons No. |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | V1 | 01 | 01 | 01 | 64 | M | 01 | 04 | 2 | 11 | 11 | 04 | - | FRED EGERTON , 02/12/2017 @ 1833 HRS  95 PAMRAPO AVE, JERSEY CITY, NJ 07305 |
| B | V1 | 03 | 01 | 01 | 52 | F | 01 | 04 | 2 | 11 | 11 | 04 | - | SHIMOOI KHAN , 02/12/2017 @ 1833 HRS  95 PAMRAPO AVE, JERSEY CITY, NJ 07305 |
| C | V2 | 01 | 01 | - | 40 | M | - | 1 | 04 | 04 | 02 | | - | EDWIN CHATHAN  1051 NORTH HIGHLAND ST, MOUNT DORA, FL 32757 |
| D | | | | | | | | | | | | | | |

NJTR-1 (Rev. 01/17)

5622

| New Jersey Police Crash Investigation Report | Case Number D030-2017-00429A | Page 3 of 3 |
| --- | --- | --- |



NEW JERSEY STATE POLICE
NEWARK STATION

D030-2017-00429A
NEW JERSEY TURNPIKE · 60° 110 S
RIDGEFIELD PARK TOWNSHIP
BERGEN COUNTY
FEBRUARY 12, 2017    1751 HOURS

POST COLLISION SITUATION DIAGRAM

| 146. Officer's Signature | | | | |
| --- | --- | --- | --- | --- |
| *Steven Gardenier* | 147. Badge # 7301 | 148. Reviewer DO | Badge # 6419 | 149. Case Status ☒ Pending ☐ Complete |
| TPR. S J GARDENIER | | | | |

NJTR-1 (Rev. 01/17)