IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| STEPHEN J. COCHI, ESQ., TEMPORARY ADMINISTRATOR OF THE ESTATE OF FRED A. EGERTON, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWIN CHATMAN, SERVICE TRUCKING, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:17-cv-13770-KM-MAH<br><br>VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party without prejudice.

DATED: February 12, 2018

SALMON, RICCHEZZA, SINGER & TURCHI, LLP

By: _____
Jeffrey A. Segal, Esq.
Attorney for Defendant,
Service Trucking, Inc.

BRESLIN AND BRESLIN, P.A.

By: _____
E. Carter Corriston, Esq.
Attorney for Plaintiffs,
Stephen J. Cochi, Esq., et al.

LAW OFFICES
BRESLIN AND BRESLIN, P.A.
41 MAIN STREET
HACKENSACK, N.J. 07601